UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DISTRICT

| | |
|---|---|
| Sara Ahmadi,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>United Continental Holdings, Inc., doing business as United Airline.<br><br>　　　　Defendants. | Case No. 1:14-CV-00264-LJO-JLT<br><br>ORDER GRANTING REQUEST TO SEAL. Doc. 60. |

　　　Plaintiff, Sara Ahmadi's ("AHMADI"), Notice of Request to Seal certain "Personal and Confidential" document came regularly before this Court.

　　　Based on the documents and evidence presented and for good cause appearing, the Court finds:

　　　On November 13, 2014, the parties filed a Stipulated Protective Order. (Doc. 28.) On November 14, 2014, Hon. Magistrate Judge Thurston signed the Protective Order. (Doc. 29.)

1  Defendant United Continental Holdings, Inc., doing business as United Airline
2  ("UNITED") has filed a Summary Judgment Motion.  (Doc. 38.)  AHMADI has filed an
3  Opposition to the Summary Judgment Motion (Doc. 57), and AHMADI has relied and
4  utilized some of UNITED's "Personal and Confidential" documents in her Opposition.
5  IT IS ORDERED that UNITED's Flight Attendant Manual and internet
6  documents which are marked as Exhibit 8 to the plaintiff's Opposition to Summary
7  Judgment Motion may be filed under seal.

9  IT IS SO ORDERED.
10  Dated:   **July 24, 2015**                    **/s/ Lawrence J. O'Neill**
11                                                    UNITED STATES DISTRICT JUDGE